**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **NO. 9:25-CR-35-MAC** |
| | § | |
| **SHEVIN CASSIDY WELLS** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. The magistrate judge entered a report and recommendation regarding the Defendant's competency for trial. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States magistrate judge are correct, and the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense.

Accordingly, the Report and Recommendation of the United States Magistrate Judge on the Defendant's competency to stand trial is **ADOPTED**. It is **ORDERED** that the Defendant, Shevin Cassidy Wells, is competent. The speedy trial time shall be excluded from July 14, 2026, until the date of this order.

SIGNED at Beaumont, Texas, this 4th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE